IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
No.5:12-CV-00633-FL
Western Division

SARA ELLA SILVER, )
                Plaintiff, )
    v. )
                                    )    ORDER
CAROLYN W. COLVIN, )
  Commissioner of Social Security, )
               Defendant. )

This is a Social Security case in which a judgment and order were entered reversing the Commissioner's Decision and remanding the case. The Plaintiff has moved for attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in the amount of $4,550.00.

On the basis of Plaintiff's motion and supporting documents, IT IS ORDERED that the Commissioner of Social Security pay $4,550.00 in attorney's fees in full satisfaction of any claim for fees, costs, and other expenses pursuant to EAJA.

This the 29TH day of May, 2013.

                                                      United States District Judge